RONALD FORSTER - Adm. in NY Only
MARK A. GARBUS - Adm. in NY Only
........................................................
EDWARD J. DAMSKY - Adm. in NY Only
JOEL D. LEIDERMAN - Adm. in NY Only

**FORSTER & GARBUS LLP**
**A NEW YORK LAW FIRM**
60 MOTOR PARKWAY
P.O. BOX 9030
COMMACK, NY 11725-9030
(631) 393-9400
Fax (631) 393-9490

ANNETTE T. ALTMAN - Adm. in NY Only
OLIVIA DEBELLIS - Adm. in NY Only
MICHAEL C. DIGIARO - Adm. in NY & NJ
RONALD J. FERRARO - Adm. in NY & NJ
MICHAEL J. FLORIO - Adm. in NY Only
AMY GAVLIK - Adm. in NY Only
TESS E. GUNTHER - Adm. in NY & CT
KEVIN M. KNAB - Adm. in NY Only
VALERIE E. WATTS - Adm. in NY Only

5/21/15

1-631-393-9400
TOLL-FREE 1-877-207-5170
DEFAULT DATE: 12/16/13    EXT 218
PLEASE ASK FOR: MR MORALES
INDEX#:   78430/15
PORTFOLIO RECOVERY ASSOCIATES,LLC

ROB MITRANO
1655 HENNESSEY RD
ONTARIO                NY   14519        A/C#- E31 9046720987

ROB MITRANO

THE LAW REQUIRES THAT WE SERVE A DUPLICATE OF THE
SUMMONS, PREVIOUSLY SERVED UPON YOU WITH THE ASSIGNED
INDEX # ABOVE AS ADDITIONAL NOTICE.
YOU CAN AVOID THE ENTRY OF JUDGMENT BY CONTACTING OUR
OFFICE AND MAKING SATISFACTORY ARRANGEMENTS TO PAY THIS
ACCOUNT, OR YOU CAN FOLLOW THE INSTRUCTIONS ON THE SUMMONS
IF YOU DISPUTE ANY PART OF THE CLAIM.

IF YOU HAVE ANY QUESTIONS, FEEL FREE TO CONTACT US.
(PLEASE NOTE THAT WE ARE REQUIRED, UNDER FEDERAL LAW, TO
ADVISE YOU THAT WE ARE DEBT COLLECTORS AND ANY INFORMATION
WE OBTAIN WILL BE USED IN ATTEMPTING TO COLLECT THIS
DEBT.)

VERY TRULY YOURS

SUPREME COURT OF THE STATE OF NEW YORK          INDEX # 16 078120          C
COUNTY OF WAYNE                                                 SUMMONS

--------------------------------------------------
PORTFOLIO RECOVERY ASSOCIATES,LLC          PLAINTIFF'S ADDRESS
A/P/O DELL FINANCIAL SERVICES     PLAINTIFF, 120 CORPORATE BLVD
                                           NORFOLK VA 23502

              - AGAINST -                                          X

                                          DEFENDANT'S ADDRESSES
ROB MITRANO                                1655 HENNESSEY RD

                          DEFENDANT(S). ONTARIO NY 14519
--------------------------------------------------
CONSUMER CREDIT TRANSACTION


THE BASIS OF THE VENUE IS:
    A DEFENDANT RESIDES IN THE COUNTY OF WAYNE
    THE TRANSACTION TOOK PLACE IN THE COUNTY OF WAYNE


TO THE ABOVE NAMED DEFENDANT(S): ROB MITRANO

YOU ARE HEREBY SUMMONED TO ANSWER THE COMPLAINT IN THIS ACTION AND TO
SERVE A COPY OF YOUR ANSWER ON THE PLAINTIFF'S ATTORNEY(S) WITHIN
20 DAYS AFTER THE SERVICE OF THIS SUMMONS, EXCLUSIVE OF THE DAY OF
SERVICE (OR WITHIN 30 DAYS AFTER THE SERVICE IS COMPLETE IF THIS
SUMMONS IS NOT PERSONALLY DELIVERED TO YOU WITHIN THE STATE OF NEW YORK).


UPON YOUR FAILURE TO ANSWER, JUDGMENT WILL BE TAKEN AGAINST YOU FOR THE
RELIEF DEMANDED IN THE COMPLAINT, TOGETHER WITH THE DISBURSEMENTS OF
THIS ACTION.
DATED THE 19 DAY OF MARCH     , 2015


                                          FORSTER & GARBUS LLP
    FILE NO.                              ATTORNEY(S) FOR PLAINTIFF
E319046720987                             60 MOTOR PARKWAY
ORIG CRED: DELL FINANCIAL SERVICES        COMMACK, NY 11725
ORIG ACCT# END IN: 0987                   (631) 393-9400

NOTE: THE LAW PROVIDES THAT:
  (A) IF THIS SUMMONS IS SERVED BY ITS DELIVERY TO YOU PERSONALLY WITHIN
THE COUNTY OF WAYNE          YOU MUST APPEAR AND ANSWER WITHIN 20 DAYS AFTER
SUCH SERVICE: OR
  (B) IF THIS SUMMONS IS SERVED BY DELIVERY TO ANY PERSON OTHER THAN YOU
PERSONALLY, OR IS SERVED OUTSIDE THE COUNTY OF WAYNE        , OR BY PUBLI-
CATION, OR BY ANY MEANS OTHER THAN PERSONAL DELIVERY TO YOU WITHIN THE
COUNTY OF WAYNE          YOU ARE ALLOWED 30 DAYS AFTER SERVICE IS COMPLETE
WITHIN WHICH TO APPEAR AND ANSWER.


DEFENDANT'S POB:

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF WAYNE                                            FORMAL COMPLAINT
------------------------------------------------------
PORTFOLIO RECOVERY ASSOCIATES,LLC
A/P/O DELL FINANCIAL SERVICES           PLAINTIFF,

                    - AGAINST -

ROB MITRANO
                                        DEFENDANT(S).
------------------------------------------------------
    PLAINTIFF, BY ITS ATTORNEY(S), COMPLAINING OF THE DEFENDANT(S), UPON
INFORMATION AND BELIEF, ALLEGES:
1.   THAT THE DEFENDANT(S) RESIDES IN THE COUNTY IN WHICH THIS ACTION IS
BROUGHT; OR THAT THE DEFENDANT(S) TRANSACTED BUSINESS WITHIN THE COUNTY
IN WHICH THIS ACTION IS BROUGHT IN PERSON OR THROUGH HIS AGENT AND THAT
THE INSTANT CAUSE OF ACTION AROSE OUT OF SAID TRANSACTION
2.   ON INFORMATION AND BELIEF THE DEFENDANT IN PERSON OR THROUGH
AN AGENT MADE CREDIT CARD PURCHASES UNDER A CREDIT AGREEMENT
AT DEFENDANT'S REQUEST - A COPY OF WHICH WAS FURNISHED TO
DEFENDANT. PLAINTIFF, AS PURCHASER OF (A/P/O) THIS ACCOUNT, WHICH WAS ORIGINALLY
OWNED BY THE ABOVE CREDITOR, PURCHASED IT FOR VALUE. THE DEFENDANT WAS NOTIFIED
OF SAME.
3.   THERE REMAINS AN AGREED BALANCE ON SAID ACCOUNT OF $     3,650.31    ,DUE AND
OWING ON PLAINTIFF'S CAUSE OF ACTION. NO PART OF SAID SUM HAS BEEN PAID ALTHOUGH
DULY DEMANDED.
4.   DEFENDANT(S) IS IN DEFAULT AND DEMAND FOR PAYMENT HAS BEEN MADE.
5.   PLAINTIFF, AS OWNER, IS AUTHORIZED TO PROCEED WITH THIS ACTION.

DEFAULT DATE 12/16/2013. ORIGINAL CREDITOR: DELL FINANCIAL SERVICES
ORIGINAL ACCOUNT NUMBER ENDING IN: 0987
ON INFORMATION AND BELIEF THE CAUSES OF ACTION ASSERTED THEREIN ARE NOT
OUTSIDE OF THE APPLICABLE STATUTE OF LIMITATIONS FOR ENFORCING THE DEBT.

THERE IS NOW DUE PLAINTIFF FROM DEFENDANT(S) THE AMOUNT SET FORTH IN
THE COMPLAINT, NO PART OF WHICH HAS BEEN PAID, ALTHOUGH DULY DEMANDED.

WHEREFORE, PLAINTIFF DEMANDS JUDGMENT AGAINST DEFENDANT(S) FOR THE SUM OF
    3,650.31
TOGETHER WITH THE DISBURSEMENTS OF THIS ACTION

WE ARE DEBT COLLECTORS; ANY            FORSTER & GARBUS LLP
INFORMATION OBTAINED WILL BE USED      ATTORNEY(S) FOR PLAINTIFF
IN ATTEMPTING TO COLLECT THIS DEBT.    60 MOTOR PARKWAY
                                       COMMACK, NY 11725


DATED: THE 19 DAY OF MARCH      , 2015

OLIVIA DEBELLIS  JOEL D. LEIDERMAN  KEVIN M. KNAB

PURSUANT TO PART 130-1.1-a OF THE RULES OF THE
CHIEF ADMINISTRATOR THIS SIGNATURE APPLIES
TO THE ATTACHED SUMMONS AND COMPLAINT